**OFFICE OF DISCIPLINARY COUNSEL, Petitioner,**

v.

**Scott M. KLEIN, Respondent.**

**No. 650 Disciplinary Docket No. 3.**

Supreme Court of Pennsylvania.

Feb. 20, 2001.

*ORDER*

PER CURIAM:

AND NOW, this 20th day of February, 2001, upon consideration of the Report and Recommendations of the Disciplinary Board dated December 18, 2000, it is hereby

ORDERED that SCOTT M. KLEIN be and he is DISBARRED from the Bar of this Commonwealth, and he shall comply with all the provisions of Rule 217, Pa. R.D.E.

It is further ORDERED that respondent shall pay costs to the Disciplinary Board pursuant to Rule 208(g), Pa.R.D.E.

■

**OFFICE OF DISCIPLINARY COUNSEL, Petitioner,**

v.

**Gerard Emmett EVANS, Respondent.**

**No. 648 Disciplinary Docket No. 3.**

Supreme Court of Pennsylvania.

Feb. 26, 2001.

*ORDER*

PER CURIAM:

AND NOW, this 26th day of February, 2001, there having been filed with this Court by Gerard Emmett Evans his verified Statement of Resignation dated January 17, 2001, stating that he desires to resign from the Bar of the Commonwealth of Pennsylvania in accordance with the provisions of Rule 215, Pa.R.D.E., it is

ORDERED that the resignation of Gerard Emmett Evans be and it is hereby accepted and he is DISBARRED ON CONSENT from the Bar of the Commonwealth of Pennsylvania; and it is further ORDERED that he shall comply with the provisions of Rule 217, Pa.R.D.E. Respondent shall pay costs, if any, to the Disciplinary Board pursuant to Rule 208(g), Pa.R.D.E.